PD-0559-14

Attachment:

Appendix - I
(Indictment)
Smith v. State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk



COPY

FILED
2011 NOV -9 PM 3:
KAREN C. MATKIN
DISTRICT CLERK
McLENNAN CO TX
DEPUTY Rhonda Fowler

**WILLIE SMITH WARD**

D.O.B.: 10/28/1969

CID#: 158185

SID#:

**ROBBERY (F2)**

Code: 29.02, Texas Penal Code

Booking#: 826739

Bond Amount:

Cause No. 2011-2338-C1

## TRUE BILL OF INDICTMENT

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The Grand Jury of McLennan County, State of Texas, duly organized at the November-December Term, A.D., 2011, of the 54th Judicial District Court of said county, upon their oaths do present that WILLIE SMITH WARD, hereinafter called Defendant, on or about the 30th day of September, A.D. 2011 in said county and State did then and there, while in the course of committing theft of property and with intent to obtain and maintain control of said property, intentionally or knowingly threaten or place JAMES STEAD, II in fear of imminent bodily injury or death,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_Abelino Reyna_
**Abelino Reyna**
**Criminal District Attorney**
**McLennan County, Texas**

_Mike Lucas_
**Foreman of the Grand Jury**



0 9 1 3 9 9 1 4 1

6